THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.

THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
David Carr,       
Appellant,
 
 
 

v.

 
 
 
Ernest Passailaigue,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court 
 Judge

Memorandum Opinion No. 2004-MO-017
Heard April 7, 2004 - Filed April 12, 
 2004

AFFIRMED IN RESULT

 
 
 
Chalmers Carey Johnson, of Chalmers Johnson Law Firm, of Charleston, for Appellant.
Charles E. Carpenter, S. Elizabeth Brosnan, and Anthony E. Rebollo, of Richardson, 
 Plowden, Carpenter & Robinson, P.A., of Columbia, for Respondent.
 
 
 

PER CURIAM:  Affirmed in result pursuant to Rule 220(b)(1), 
 and the following authorities:  Issue 1:  Our resolution of Issues 2 
 and 3 makes it unnecessary to address this issue on appeal.   Issue 2:  
 Dean v. Ruscon Corp., 321 S.C. 360, 468 S.E.2d 645 (1996).  Issue 
 3:  IOn, L.L.C. v. Town of Mt. Pleasant, 338 S.C. 406, 526 S.E.2d 
 716 (2000) (appellate court may review respondents additional reasons and if 
 convinced it is proper may rely on them, or any other reason in the record, 
 and affirm lower courts judgment).
 AFFIRMED IN RESULT.
TOAL, C.J., WALLER, BURNETT, PLEICONES, 
 JJ., and Acting Justice John W. Kittredge, concur.